## GLENAYRE ELECTRONICS, INC., Plaintiff–Appellant,

v.

## Philip JACKSON, Defendant–Appellee.

No. 03–1619.

United States Court of Appeals, Federal Circuit.

April 8, 2004.

Rehearing En Banc Denied May 14, 2004.

Robert J. Carlson, Christensen, O'Connor, Principal Attorney, Gregory F. Wesner, Christensen, O'Connor, of Counsel, Seattle, WA, Andrew T. Staes, Cole &

Staes, of Counsel, Chicago, IL, for Plaintiff–Appellant.

John C. Janka, Niro, Scavone, Principal Attorney, Raymond P. Niro, Robert P. Greenspoon, John C. Janka, Niro, Scavone, of Counsels, Chicago, IL, for Defendant–Appellee.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.